JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG COVEY, an individual, and SYLVIA COVEY, an individual<br><br>    Plaintiff,<br>vs.<br><br>LOS ANGELES COUTNY, a government agency; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. 2:24-cv-03558-SVW-RAO<br><br>[~~PROPOSED~~] ORDER RE:<br><br>STIPULATION AND ORDER REMANDING CASE BACK TO THE SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES |

## [~~PROPOSED~~] ORDER

Having reviewed the STIPULATION among the Parties and finding good cause therefore, it is hereby ordered that:

1. The above captioned matter is hereby Remanded back to the Superior Court of California for the County of Los Angeles in *Covey v. County of Los Angeles, et al.*, Case No. 24CHCV01252.  The Clerk of Court shall serve a copy of this order on the Superior Court of California for the County of Los Angeles.

**IT IS SO ORDERED.**

STEPHEN V. WILSON

Dated: July 5, 2024      By: _____
                    HONORABLE ~~STEVEN V. WILSON~~
                    U.S. DISTRICT JUDGE